

## MEMORANDUM OPINION

No. 04-09-00246-CV

**IN RE** John **LELAND, D.D.S**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Rebecca Simmons, Justice

Delivered and Filed:   May 6, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On April 28, 2009, relator filed a petition for writ of mandamus and a motion for emergency relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CVDV-05-281, styled *George C. Brandal and Ruth L. Brandal v. John Leland, D.D.S.*, pending in the 216th Judicial District Court, Bandera County, Texas, the Honorable Keith Williams presiding.